IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| GEORGE GOFF, <br><br> Plaintiff, <br><br> ALLEN LANGLEY and TIM THOMPSON, <br>Class Representatives, <br> Plaintiffs, <br><br> vs. <br><br> CHARLES HARPER; RONALD WELDER; <br>JOHN HENRY; GERARDO ACEVEDO;, <br><br> Defendants. | NO. 4:90-cv-30365-REL-RAW <br><br> ORDER ADOPTING REPORT AND <br> RECOMMENDATION |
| GARY FRAZER, RICHARD DODD, <br>EURIC R. FOUNTAIN, CHESTER <br>GREENUP, GLEN HUDSON, JIMMY <br>CLOYED, CHRIS OLTMAN, CHRIS <br>SCHULTE, DANIEL HAWTHORNE, <br>CURTIS TELSROW, JOSHUA SMITH, <br>ERIC MILLER, ANTHONY LANG, JASON <br>GRONSTAL, IRVING JONES, ROBERT J. <br>CONNER, STEVEN RAY WYCOFF, ERIC <br>MEL THOMPSON, <br><br> Movants | |

This is an action filed by movants, inmates at the Iowa State Penitentiary, seeking to re-open this case pursuant to  Federal Rule of Civil Procedure 60(b)(6) (Clerk's # 492).  Movants also seek preliminary injunctive relief (Clerk's # 504).  On July 31, 2009, and August 3, 2009,

Magistrate Judge Ross A. Walters filed  Reports and Recommendations  that the request to re-open be denied, and that the request for preliminary injunctive relief also be denied.  Judge Walters allowed the parties until August 24, 2009, and August 27, 2009,  to file objections to the two  Reports and Recommendations.    To date, no objections have been filed.

When a magistrate judge submits a report and recommendation,

> [a] judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.  A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge with instructions.

28 U.S.C. § 636(b)(1).  "[W]hen no timely objection is filed . . . the [district] court need only satisfy itself that there is no clear error on the face of the record."  Taylor v. Farrier, 910 F.2d 518, 520 (8th Cir. 1990).

After making the required review, the Court finds no clear error in the proposed rulings; therefore, the Court adopts the Reports and Recommendations.  The motion to re-open this case is **denied  without prejudice** to the substantive constitutional issues raised.   The motion for preliminary injunctive relief is **denied** for the reasons stated in Judge Walters's Report and Recommendation.

**IT IS SO ORDERED**.

Dated this 2nd day of September, 2009.

_____
RONALD E. LONGSTAFF, Senior Judge
United States District Court