IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| GEORGE GOFF, et al., Plaintiffs, vs. CHARLES HARPER, et al., Respondent. | Case No. **4:90-cv-30365** **MOTION TO RECONSIDER THE COURT'S DECISION TO REFUSE HOLDING OF CONTEMPT OF COURT** |

COMES NOW the Plaintiff, **Jack Hays**, who moves the court and states the following:

1. The court *clearly ordered* the defendants to devise a "plan" to rectify violations of the Plaintiffs' rights in this case—a *class action*. *See Goff v. Harper*, 59 F.Supp. 910, 922, 928 (S.D. Iowa 1999). *The defendants simply stopped following the "plan" and, therefore, violate the plaintiffs' rights with impunity and are in contempt.*

2. The defendants are in violation of this court order. Moreover, *men and women are dying in the Iowa Department of Corrections due to the violations of the defendants.* The court cannot turn a blind eye to the deaths of citizens simply because the court doesn't want to get involved. The first man to *die* when the Clinical Care Unit closed in violation of the court's order was a man named Alex Mabe; a human being. Mabe *killed himself* in solitary confinement.

3. The plaintiff, Jack Hays[1], has seen *numerous men die* due to the violations of the defendants. Moreover, *two prison employees were killed* at the Anamosa State Pen. partially due to the fact that inmate **Dutcher** is seriously mentally ill and is not being properly treated. This Plaintiff spoke with Dutcher extensively at the Iowa State Pen. at Fort Madison, Iowa. Dutcher should have been at the Clinical Care Unit.[2]

4. The defendants have proven by "clear and convincing evidence" that they are in contempt of court by their own admission that "the 200-bed special needs unit at ISP [a brand-new $31 million building] was closed". *Mahers v. Hedgepath*, 32 F.3d 1273, 1274 (8th Cir. 1994).

WHEREFORE, the Plaintiff, Jack Hays, moves the court to reconsider.

9-13-2021
Date

Jack Hays #1059728
N.C.F. P.O. Box 218
Newton, IA. 50208

CERTIFICATE OF SERVICE

I hereby certify this document was served upon the defendants' attorney by U.S. Mail at 1305 East Walnut, St., D.M., IA. 50319 on the 13 day of August, 2021, with first class postage.

---

[1] The defendants are trying to make this about Jack Hays, however, the *majority of the "special needs" prisoners do not have the aptitude nor inclination to seek assistance* from the court and, therefore, the defendants violate intellectually disabled and mentally ill prisoners with impunity...Courts are required to construe "petitioner's inartfully written pleading[s] liberally". *Boag v. McDougall*, 454 U.S. 364, 365, 102 S.Ct. 700 (1982); citing *Haines v. Kerner*, 404 U.S. 519, 92 S.Ct. 594 (1972)

[2] People are killing themselves and being killed due to the defendants' contempt of court. The court cannot simply wash the blood off of its hands and turn a blind eye...

Jack Hays #1054328
Newton Correctional Facility
P.O. Box 218
Newton, IA. 50208

LEGAL

X-RAYED & CLEARED BY U.S.M.S.

John Jarvey, Chief Judge
U.S. District Court
P.O. Box 9344
Des Moines, IA
50306-9344

RECEIVED
SEP 15 2021
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

DES MOINES IA 500
14 SEP 2021 PM 3 L

NOTICE: This correspondence was mailed from an institution of the Iowa Department of Corrections.